IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  01-cv-02069-RPM

RAFI KHAN,

     Plaintiff,

v.

GLOBAL CAPITAL SECURITIES CORP., f/k/a EBI SECURITIES CORP., and COHIG & ASSOCIATES,

     Defendant.

_____

ORDER FOR ADMINISTRATIVE CLOSURE
_____

It appearing from the files and records in this action that there has been no response to the Order to Show Cause, filed on October 17, 2005, it is therefore

ORDERED that this civil action is closed administratively pursuant to D.C.Colo.LCivR 41.2.

DATED:  November 18th, 2005

               BY THE COURT:

               s/Richard P. Matsch
               _____
               Richard P. Matsch, Senior District Judge